USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
LAURENCE A. PAGNONI,                              :
                                                  :
                                 Plaintiff,   :
                                                  :
             -against-                        :    23-CV-9454 (VEC)
                                                  :
                                                  :    <u>ORDER</u>
MICHAEL L. TAYLOR and LAURENCE A.                 :
PAGNONI & ASSOCIATES, INC.,                       :
                                                  :
                                                  :
                                Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on January 11, 2024, Plaintiff moved for default judgment because the deadline for Defendants to answer or otherwise respond to the Complaint had passed and Defendants had neither responded nor entered an appearance, Dkt. 24;

       WHEREAS on January 22, 2024, Defendants appeared, Dkt. 25:

       WHEREAS on February 1, 2024, Plaintiff requested the Court to enter default despite Defendants' appearance, Dkt. 27, *see also* Def. Opp, Dkt. 30, Pl. Reply, Dkt. 32; and

       WHEREAS on March 1, 2024, the parties appeared for an Initial Pretrial Conference (the "Conference");

       IT IS HEREBY ORDERED that, for the reasons stated at the Conference, Defendants' default is excused.

       IT IS FURTHER ORDERED that Defendants must respond to the Complaint by no later than **Friday, March 15, 2024**.

       IT IS FURTHER ORDERED that Defendants must pay Plaintiff's reasonable attorneys' fees associated with moving for default judgment. The parties must meet and confer regarding

what amount constitutes reasonable attorneys' fees by not later than **Friday, March 15, 2024**. By not later than **Friday, March 22, 2024**, the parties must file a joint letter indicating either that they have reached an agreement on the amount of fees or explaining each side's positions regarding what the reasonable amount should be.

IT IS FURTHER ORDERED that the parties are referred by separate order to their assigned Magistrate Judge for a settlement conference.

**SO ORDERED.**

Date:  March 1, 2024
       New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**