```
                                           USDC SDNY
                                           DOCUMENT
                                           ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT               DOC #:_____
SOUTHERN DISTRICT OF NEW YORK              DATE FILED: 6/3/2024
```

------------------------------------------------------------X
LAURENCE A. PAGNONI,                              :
                                                  :
                              Plaintiff,          :
                                                  :
              -against-                           :     23-CV-9454 (VEC)
                                                  :
                                                  :     ORDER
MICHAEL L. TAYLOR and LAURENCE A.                 :
PAGNONI & ASSOCIATES, INC.,                       :
                                                  :
                                                  :
                              Defendants.         :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 22, 2024, Alexander Sakin entered an appearance on behalf of Defendants, Dkt. 24;

WHEREAS on May 24, 2024, Mr. Sakin filed a motion to withdraw as counsel, Dkts. 54–57:

WHEREAS Defendants do not object to Mr. Sakin's withdrawal, Dkt. 55 ¶ 4;

WHEREAS Defendants are in the process of retaining substitute counsel and expected to finalize that process by May 31, 2024, *id.* ¶ 3;

WHEREAS on May 28, 2024, Plaintiff informed the Court that he does not object to Mr. Sakin's motion but requests that the Court wait until Defendants' new counsel appears in the action, Dkt. 58 ¶¶ 2–3;

WHEREAS Defendant Laurence A. Pagnoni & Associates, Inc. is a corporation, *see* Compl., Dkt. 7 ¶ 7;

WHEREAS a corporation may not represent itself *pro se* and may litigate only through a duly licensed attorney, *see Steadman v. Citigroup Glob. Mkts. Holdings Inc.*, 592 F. Supp. 3d 230, 244 (S.D.N.Y. 2022); and

WHEREAS the parties are scheduled to appear for a settlement conference before Magistrate Judge Cott on June 24, 2024, at 10:00 A.M., Order, Dkt. 51;

IT IS HEREBY ORDERED that, by no later than **Friday, June 7, 2024**, Defendants' substitute counsel must enter an appearance or, if no appearance is filed, Defendants must file a letter providing a status update on their search for new counsel. The Court will defer ruling on Mr. Sakin's motion to withdraw until substitute counsel enters an appearance.

**SO ORDERED.**

**Date: June 3, 2024**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**