

**SAKIN LAW**
LAW OFFICE OF ALEXANDER SAKIN, LLC

ALEX@SAKIN-LAW.COM
SAKIN-LAW.COM
917.509.7573

5 WEST 37TH STREET
SUITE 601
NEW YORK, NY
10018-6222

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2024

June 18, 2024

**BY ECF**
Hon. Valerie Caproni
U.S. District Court
Southern District of New York
40 Foley Square
New York, 10007

**MEMO ENDORSED**

Re:   *Pagnoni v. Taylor* et al.
      Case No. 1:23-cv-9454

Dear Judge Caproni:

    I represent Defendants Michael Taylor and Laurence A. Pagnoni & Associates, Inc., and write to respectfully request a brief adjournment of the in-person status conference tentatively scheduled for Friday, June 21, 2024 at 10 a.m., to any time on that day after 1 p.m.

    The reason for this sought adjournment is that, at 10 a.m. on Friday, June 21, 2024, undersigned counsel is scheduled to argue a Motion to Dismiss the Complaint in the matter captioned *Kochkalda* et al. *v. Ananyev* et al., Index No. 152352/2023, currently pending before the Supreme Court of New York, County of New York, Commercial Division (Masley, J.). My adversary consents to this request for adjournment.

    I am available at the Court's convenience.

Respectfully,

*/s/ Alexander Sakin*

Alexander Sakin

---

Application GRANTED. The conference scheduled for Friday, June 21, 2024, at 10:00 A.M. is ADJOURNED to **Friday, June 21, 2024, at 1:30 P.M.** As explained in the Court's June 17, 2024, Order, the conference will proceed unless incoming counsel enters an appearance by noon on Thursday, June 20, 2024.

SO ORDERED.

*/s/ Valerie Caproni*   6/18/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE